UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Beyond Systems, Inc. | ) |
| | ) |
| **Plaintiff** | ) Case No.: PJM08cv0921 |
| v. | ) |
| World Avenue USA, LLC, et al. | ) |
| **Defendant** | ) |

## AFFIDAVIT OF SERVICE

I, Frederick Parsons, Jr., a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Subpoena Duces Tecum with Schedule A

SERVE TO: William J. Wagner
SERVICE ADDRESS: 38 Maryland Avenue, Unit 333, Rockville, Maryland 20850

DATE SERVED: July 25, 2009   TIME SERVED: 4:05 PM

PERSON SERVED: William J. Wagner, personally

Described herein:
Gender: Male   Race/Skin: White   Hair: Gray/Balding   Age: 60   Height: 5'7"   Weight: 175

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7·30·09
Executed on:

Frederick Parsons, Jr.
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 09-023470

Client Reference: 115318.010500