UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEYOND SYSTEMS, INC. | * |
|     Plaintiff | * |
| v. | *   Case no. 1:09-mc-00557 HHK |
| WORLD AVENUE USA, LLC, ET AL. | *   ( USDC-MD Case No. 08-0921 PJM) |
| | * |
|     Defendants | * |

## DECLARATION OF STEPHEN H. RING
## REGARDING AUTHENTICITY OF DOCUMENTS

I, Stephen H. Ring, state the following under oath.

I am over the age of 18 years, have knowledge of the matters stated below, and am competent to testify to these matters. I am co-counsel for the Plaintiff in the above captioned matter.

The attached emails are accurate copies of emails exchanged between Mr. Saunders of Greenberg, Traurig and myself on March 31, 2010 and April 1, 2010 as reproduced by the email software on my office computer.

The attached photographic images presented on two pages are accurate reproductions of digital photographs taken during the inspections of the former residence of William Wagner at 1612 Sherwood Road, Silver Spring, MD 20902 on April 1, 2010, and his current residence at 38 Maryland Ave., Unit 333, Rockville, Maryland on April 2, 2010. Because of their depictions of the locations and interiors of privately owned real estate, including one location now occupied as a residence, and because of their depiction of equipment used for Internet-related services and the consequent need to guard against the possibility of intrusion, tampering or theft, and due to their relationship to more extensive and detailed video footage of the same premises that has been designated as confidential, these photographs are designated as confidential.

1

The attached Supplemental Response of Non-Party William J. Wagner to Subpoena is an accurate copy of a response provided to Defendant's counsel in the Maryland action on May 28, 2010.

The attached pages bearing Bates numbers "BSI TX AG 0028 – 33" are accurate copies of documents received from the Office of the Attorney General of Texas in response to a request for public records in connection with discovery and investigation pertaining to USDC-MD Case No. 08-0921 PJM.

The attached transcript entitled, "Videotape Deposition of William John Wagner Washington, D.C., Monday, April 5, 2010" is an accurate copy of the transcript that was received by my office from the reporter who recorded and transcribed that deposition.

I declare and affirm under the penalties of perjury of Maryland and the District of Columbia that the foregoing statements are true and correct.

*[signature]*     June 7, 2010

Stephen H. Ring
STEPHEN H. RING, P.C.
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
MD Bar Id. No. 04731764; USDC, MD: #00405