**IN THE U.S. DISTRICT COURT FOR MARYLAND,**
**SOUTHERN DIVISION**

| | |
|---|---|
| **BEYOND SYSTEMS, INC.** * | |
| * | |
| Plaintiff * | |
| * | |
| v. * | **Case No. PJM 08 cv 0921** |
| * | |
| **WORLD AVENUE USA, LLC, ET AL.** * | |
| * | |
| Defendants * | |

### SUPPLEMENTAL RESPONSE OF
### NON-PARTY WILLIAM J. WAGNER TO SUBPOENA

William J. Wagner, a non-party, through counsel, issues this supplemental response to the subpoena direct to him by World Avenue USA, LLC.

As to the request for documents, including documents pertaining to payment to BSI, Mr. Wagner responds that he has no such documents.


_____/s/_____                               May 28, 2010
Stephen H. Ring
**STEPHEN H. RING, P.C.**
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
MD Bar Id. No. 04731764; USDC, MD: #00405
Telephone: 301-563-9249


_____/s/_____
Michael S. Rothman
401 E. Jefferson Street
Suite 201
Rockville, MD 20850
Phone: (301) 251-9660
Fax: (301) 251-9610

*Attorneys for Alton Burton*