IN THE U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WORLD AVENUE USA, LLC, et al. )<br>)<br>Petitioner, )<br>v. )<br>WILLIAM J. WAGNER, )<br>)<br>Respondent. )<br>_____ ) | Miscellaneous No. 09-557 (HHK/AK) |

**WORLD AVENUE USA, LLC'S MOTION TO FILE UNDER SEAL EXHIBITS TO ITS OPPOSITION TO NON- PARTY, WILLIAM J. WAGNER'S RENEWED MOTION FOR SANCTIONS AND INCORPORATED MEMORANDUM OF LAW**

Pursuant to Rule 5.1(j) of the Local Civil Rules and the Stipulated Protective Order Regarding Confidentiality of Discovery Materials ("Confidentiality Order"), entered in *BSI v. World Avenue USA, et al.*, No. 08-cv-921 (the "Maryland BSI Litigation"), DCMD DE 94-2, WORLD AVENUE USA, LLC ("WAUSA"), by and through undersigned counsel, hereby moves this Court for an order allowing it to file two exhibits in support to its Opposition to Non-Party William J. Wagner's ("Mr. Wagner") Renewed Motion for Sanctions ("RMS") under seal.

WAUSA is filing an Opposition to Mr. Wagner' RMS. In support of the Opposition, WAUSA relies upon materials that Plaintiff, BEYOND SYSTEMS, INC. ("BSI") or non-parties have designated as "Confidential" in Maryland BSI Litigation pursuant to the Confidentiality Order. These materials include:

    a) Exhibit 1 - WAUSA's Motion for Partial Summary Judgment and Memorandum in Support, DCMD DE 266-67 where Exhibits 1, 3, 6, 7, 11 and 12 to the Saunders Declaration; Exhibit 7, 10-17 and 24 to the Neal Krawetz, PhD. Declaration; Deposition of Paul A. Wagner, taken September 17, 2009; Deposition of Alton K. Burton, taken May 4, 2010 were filed under seal pursuant the Confidentiality Order.

b) Exhibit 8 - containing the relevant pages of the Transcript of Deposition of Verizon representative, taken on March 12, 2010.

WAUSA has challenged the confidentiality designation of the materials included in Exhibit 1 in the Maryland District Court, but the Court has not ruled on its Motion yet. *See* DE 293; Maryland BSI Litigation.

**WHEREFORE,** World Avenue USA, LLC respectfully requests the entry of an Order accepting the sealed filing until otherwise adjudicated, together with such order and further relief that this Court deems just and proper.

Dated: June 30, 2010

> Respectfully submitted,
>
> *Attorneys for World Avenue USA, LLC*
>
> GREENBERG TRAURIG, LLP
>
> _____/s/_____
> Sanford M. Saunders, Jr., Esq.
> USDC, MD #4734
> saunderss@gtlaw.com
> GREENBERG TRAURIG, LLP
> 2101 L Street, NW, Suite 1000
> Washington, DC 20037
> Telephone: 202-331-3100
> Facsimile: 202-331-3101

Of counsel:

Nicoleta Burlacu, Esq.

BurlacuN@gtlaw.com
*Admitted Pro Hac Vice in Maryland Action*
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone: 202-331-3100
Facsimile: 202-331-3101

--and--

2

Kenneth Horky, Esq.
Florida Bar No. 691194
horkyk@gtlaw.com
John L. McManus, Esq.
Florida Bar No. 0119423
mcmanusj@gtlaw.com
*Admitted Pro Hac Vice in Maryland Action*
GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: 954-765-0500
Facsimile:  954-765-1477