IN THE U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

WORLD AVENUE USA, LLC, et al. )
)
Petitioner, )
v. ) Miscellaneous No. 09-557 (HHK/AK)
WILLIAM J. WAGNER, )
)
Respondent. )
_____ )

## WORLD AVENUE USA, LLC'S ADDENDUM TO ITS OPPOSITION TO NON- PARTY, WILLIAM J. WAGNER'S RENEWED MOTION FOR SANCTIONS

WORLD AVENUE USA, LLC ("WAUSA"), by and through undersigned counsel, hereby respectfully clarifies for the Court that Non-Party William J. Wagner ("Mr. Wagner") initially objected to the taking of his deposition, but as stated in WAUSA's Opposition to Mr. Wagner's Renewed Motion for Sanctions ("RMS"), he never filed for a Protective Order in this Court or in the underlying litigation in the United States District Court for the District of Maryland: *Beyond Systems, Inc. v. World Avenue USA, et al.*, No. 08-cv-921 (the "Maryland BSI Litigation") and appeared voluntarily.[1] A true and correct copy of the email from S. Ring dated March 16, 2010 is attached hereto as Exhibit 1. Further, WAUSA notifies the Court that after WAUSA deposed Mr. Wagner, the Maryland District Court granted WAUSA's unopposed [DE 195] Motion to Compel Mr. Wagner's deposition. *See* DE 288, BSI Maryland Litigation.

WAUSA respectfully requests the Court considers this Addendum as part of its Opposition to RMS [DE 11] and incorporates it by reference.

---

[1] Mr. Wagner's counsel asked if WAUSA would accept an Affidavit in lieu of deposition. WAUSA declined and thus, determined, *inter alia*, Mr. Wagner wrote checks to BSI and other information in support of its Motion for Partial Summary Judgment.

Dated: July 1, 2010　　　　　　　　Respectfully submitted,

*Attorneys for World Avenue USA, LLC*

GREENBERG TRAURIG, LLP

_____/s/_____
Sanford M. Saunders, Jr., Esq.
USDC, MD #4734
saunderss@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone:  202-331-3100
Facsimile:  202-331-3101

Of counsel:

Nicoleta Burlacu, Esq.

BurlacuN@gtlaw.com
*Admitted Pro Hac Vice in Maryland Action*
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone:  202-331-3100
Facsimile:  202-331-3101

--and--

Kenneth Horky, Esq.
Florida Bar No. 691194
horkyk@gtlaw.com
John L. McManus, Esq.
Florida Bar No. 0119423
mcmanusj@gtlaw.com
*Admitted Pro Hac Vice in Maryland Action*
GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: 954-765-0500
Facsimile:  954-765-1477