# EXHIBIT 1

**From:** Steve Ring [shr@ringlaw.us]
**Sent:** Tuesday, March 16, 2010 3:20 AM
**To:** Saunders, Sanford (Shld-DC-LT)
**Subject:** bsi v world; wm wagner subp

Sandy:

This is to object to the subpoena for a deposition of William Wagner. As I believe you know from the D.C. action you filed ancillary to
this proceeding, Mr. Wagner is 71, retired, and as I understand it, is not involved in the operation of BSI other than to allow BSI to park a server on his premises. I understand taht he is not a computer scientist; that he does not know why his name appears on certain bills for Internet service from Verizon next to "Beyond Systems, Inc.," and that he never asked Verizon to apply his name to any such account. He apparently does have separate telephone service with Verizon in his own name. I will be happy to provide an affidavit from Mr. Wagner stating this information if this would suffice in lieu of a deposition.

I would note that the "Dad Factor" applies to both sides in this case. My side considered whether to name Mr. Ji, senior, as a new defendant in the Second Amended Complaint because he is conspicuously named as a director or member of more than one of the entities in the World Avenue family of companies, and we understand he may be more than an invetor, having technical communications expertise, and may participate in management or direction of some the activities that give rise to this action. We elected not to include Mr. Ji, senior, under an old-fashioined notion that bringing an opponent's family members into business litigation should generally be avoided as a matter of decency.


Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
Ph 301-563-9249
Fx 301-563-9639
shr@ringlaw.us
If this message was received in error, please delete it and notify the sender.
This office does not consent to delivery of any advertisements via email or facsimile.