UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WORLD AVENUE, U.S.A., LLC. , <br><br> Movant, <br><br> v. <br><br> WILLIAM J. WAGNER, <br><br> Respondent. | Miscellaneous Action 09-00557  (HHK) |

ORDER REFERRING MOTION TO
UNITED STATES MAGISTRATE JUDGE ALAN KAY

It is this 9th day of July 2010, hereby

**ORDERED** that World Avenue USA, LLC's motion to compel William J. Wagner's compliance with Subpoena Duces Tecum [#1], filed on October 19, 2009, is hereby re-referred to United States Magistrate Judge Alan Kay for his determination pursuant to LCvR 72.2(a).  It is further

**ORDERED** that World Avenue USA, LLC's Motion to File Under Seal Its Opposition to Non-Party William J. Wagner's Renewed Motion for Sanctions [#10], filed on June 30, 2010, is hereby referred to United States Magistrate Judge Alan Kay for his determination pursuant to LCvR 72.2(a).

Henceforth, and until this referral is terminated, all filings related to these motions shall include the initials of the assigned magistrate judge, "AK," in the caption next to the initials of the undersigned judge.  *See* LCvR 5.1(f).

Henry H. Kennedy, Jr.<br>United States District Judge