IN THE U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

WORLD AVENUE USA, LLC, et al. )
)
    Petitioner, )
v. )     Miscellaneous No. 09-557 (HHK/AK)
WILLIAM J. WAGNER, )
)
    Respondent. )
_____ )

## WORLD AVENUE USA, LLC'S MOTION FOR LEAVE TO FILE SURREPLY TO NON- PARTY, WILLIAM J. WAGNER'S REPLY IN SUPPORT OF HIS RENEWED MOTION FOR SANCTIONS

Pursuant to Local Rule 7(b), WORLD AVENUE USA, LLC ("WAUSA"), by and through undersigned counsel, hereby moves for leave to file a brief Surreply in response to the Reply filed on July 19, 2010 by Non-Party William J. Wagner ("Mr. Wagner") in support of his Renewed Motion for Sanctions[1] ("RMS").

The standard for granting leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the Court for the first time in the opposing party's reply. *See Robinson v. The Detroit News, Inc.*, 211 F. Supp. 2d 101, 112 (D.D.C. 2002). In his Reply, Mr. Wagner made misrepresentations of law and facts that will remain un-rebutted without a Surreply. Further, subsequent filings by Mr. Wagner's counsel in the underlying litigation in Maryland District Court, show counsel taking an entirely inconsistent and even opposite position to the one taken by Mr. Wagner in his RMS and Reply. In the interest of

---

[1] Notably, Mr. Wagner filed his Reply seven days late. Specifically, WAUSA's Opposition to the Renewed Motion for Sanctions was filed and served on June 30, 2010. An Addendum was filed and served on July 2, 2010. Pursuant to the L. Cv. R. 7(d), a moving party may file and serve a reply within seven days after the service of the memorandum in opposition. Fed. R. Civ. P. 6(d) grants an additional three days for service, for a total of ten days. Fed. R. Civ. P. 6(a)(1)(B) states that in the computing of any time specified in the Federal Rules or local rules, every day is to be counted, including intermediate Saturdays, Sundays, and legal holidays. Calculated from July 2nd, Mr. Wagner's Reply in support of his Renewed Motion for Sanctions was due on Monday, July 12, 2010.

justice, WAUSA should be allowed an additional submission for the limited purpose of informing the Court about these inconsistencies, Mr. Wagner's misrepresentations, and the applicable law in this district. Further, a surreply is most appropriate where the new matter introduced is factual, as it is here. *Cf. Alexander v. FBI*, 186 F.R.D. 71, 74 (D.D.C. 1998).

While the filing of the proposed Surreply will not prejudice Mr. Wagner, the inability to submit a Surreply would prejudice WAUSA by depriving it of a fair chance to address Mr. Wagner's erroneous misstatements of law and facts. *See United States ex. rel. Pogue v. Diabetes Treatment Ctrs. of Am., Inc.*, 238 F. Supp. 2d 270, 276-77 (D.D.C. 2002) (holding that a surreply may be filed by leave of Court when there is need to address matters raised in a reply to which a party would otherwise by unable to respond).

Thus, WAUSA's Motion for Leave to File Surreply both meets the applicable legal standard and the Court would benefit from a fully informed and accurate written briefing before rendering a decision. The proposed Surreply is attached to this motion as Exhibit 1, filed under seal per BSI's confidential designation.[2] Pursuant to Local Rule 7(m), counsel for WAUSA conferred in good faith with counsel for Mr. Wagner, who stated that he opposes the motion. A true and correct copy of the email correspondence between S. Saunders and M. Rothman is attached hereto as Exhibit 2.

---

[2] Because the Surreply quotes Beyond Systems, Inc.'s ("BSI") allegations made in the sealed Opposition filed in the Maryland District Court, WAUSA is forced to file its Surreply under seal on an interim basis. Concomitantly, with filing this Motion and the Surreply, WAUSA will move to challenge BSI's abusive designation of its Opposition in the Maryland District Court as confidential.

2

Dated: July 22, 2010

Respectfully submitted,
*Attorneys for World Avenue USA, LLC*

GREENBERG TRAURIG, LLP

_____/s/_____
Sanford M. Saunders, Jr., Esq.
saunderss@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone: 202-331-3100
Facsimile: 202-331-3101