# EXHIBIT 2

| | |
|---|---|
| **From:** | Mike Rothman [mike@mikerothman.com] |
| **Sent:** | Thursday, July 22, 2010 5:43 PM |
| **To:** | Saunders, Sanford (Shld-DC-LT) |
| **Cc:** | shr@ringlaw.us; Burlacu, Nicoleta (Assoc-DC-LT) |
| **Subject:** | Re: WAUSA -- William Wagner Subpoena |

Sandy,

You previously stated that you would not consent to extend a deadline that has already passed. Well, this one has not, yet you still refused. It is unreasonable and unhelpful. Moreover, I would hope in the future that you would please dispense with the inflammatory ad hominem attacks. Please lets try to keep this as professional as possible.

Best,

Mike


Law Office of Michael S. Rothman
401 East Jefferson Street, #201
Rockville, Maryland 20850
phone: 301.251.9660
fax: 301.251.9610
email: mike@mikerothman.com
web: www.mikerothman.com


On Jul 22, 2010, at 5:01 PM, <saunderss@gtlaw.com> wrote:

> Mr. Rothman:
>
> There you go again misstating the facts. We have granted BSI numerous extensions in the past and will continue to do so under normal circumstances. However, in this instance, as explained, we will not agree to extend a deadline which was previously cited by BSI as a basis not to cooperate with WAUSA on the issue of expedited discovery in support of WAUSA's Motion to Dismiss for Fraud on the Court filed in the Maryland action. Thus, it is inaccurate to refer to our declination as a "recent policy." Moreover, we regret your refusal to consider the request to file the Surreply on the merits, but rather to reject the request because you did not get your way in your request for an extension in the Maryland matter.
>
> Notwithstanding your subsequent discussion with Mr. Ring, he must be distracted. When we spoke, he went into detail regarding his filing deadlines and the absence of time to address WAUSA's discovery on an expedited basis. I even mentioned that we would shift our request from production this Friday to next Monday in order to accommodate his work load. He declined. Mr. Ring's comments were similar to the position BSI has taken in the Maryland litigation where it opposed expedited discovery and asserted "Plaintiff's opposition to the motion [to dismiss] is due

7/22/2010

Friday, July 23, 2010, the original due date.  Plaintiff should be allowed a fair opportunity to state its position in normal course."

Best,

Sandy Saunders

---

**From:** Mike Rothman [mailto:mike@mikerothman.com]
**Sent:** Thursday, July 22, 2010 2:39 PM
**To:** Saunders, Sanford (Shld-DC-LT)
**Cc:** Ring Steve
**Subject:** Re: WAUSA -- William Wagner Subpoena

Mr. Saunders :

Pursuant to your recent policy of extending no courtesy in such matters, we respectfully oppose your request.  If you desire to take a more reasonable position in the future regarding these matters, we would be happy to discuss it.

Best,

Mike Rothman


**Law Office of Michael S. Rothman**
401 East Jefferson Street, #201
Rockville, Maryland 20850
phone: 301.251.9660
fax: 301.251.9610
email: mike@mikerothman.com
web: www.mikerothman.com


On Jul 22, 2010, at 1:07 PM, <saunderss@gtlaw.com> <saunderss@gtlaw.com> wrote:

> Counsel:
>
> Please advise by COB, Thursday, July 22 if BSI consents to World Avenue USA, LLC filing a Surreply to William Wagner's Reply in Support of his Renewed Motion for Sanctions in the District Court for the District of Columbia to address Mr. Wagner's misrepresentations of facts and law.
>
> Thank you,
>
> Sandy
>
> ---
>
> Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated,

7/22/2010

was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.