IN THE U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WORLD AVENUE USA, LLC, et al. )<br>)<br>    Petitioner,     )<br>    v.                  )<br>WILLIAM J. WAGNER,    )<br>)<br>    Respondent.    )<br>_____) | Miscellaneous No. 09-557 (HHK/AK) |

## ORDER GRANTING WORLD AVENUE USA, LLC'S MOTION FOR LEAVE TO FILE SURREPLY TO NON- PARTY, WILLIAM J. WAGNER'S REPLY IN SUPPORT OF HIS RENEWED MOTION FOR SANCTIONS

Upon consideration of WORLD AVENUE USA, LLC ("WAUSA") Motion For Leave to File Surreply to Non-Party, William J. Wagner's Reply in Support of His Renewed Motion For Sanctions, it is hereby:

**ORDERED:**

1. The Motion is **GRANTED.**

2. WAUSA is granted leave to file its Surreply to Non-Party William J. Wagner's Reply in Support of His Renewed Motion for Sanctions.

_____                        _____
DATE                                                          U.S. Magistrate Judge
                                                                   The Honorable Magistrate Alan Kay