**IN THE U.S. DISTRICT COURT**
**DISTRICT OF COLUMBIA**

WORLD AVENUE USA, LLC, et al. )
                                    )
      Petitioner,          )
      v.                         )        Miscellaneous No. 09-557 (HHK/AK)
WILLIAM J. WAGNER,       )
                                      )
      Respondent.      )
_____ )

**WORLD AVENUE USA, LLC'S MOTION TO FILE UNDER SEAL EXHIBIT TO ITS**
**MOTION FOR LEAVE TO FILE SURREPLY AND**
**INCORPORATED MEMORANDUM OF LAW**

Pursuant to Rule 5.1(j) of the Local Civil Rules and the Stipulated Protective Order

Regarding Confidentiality of Discovery Materials ("Confidentiality Order"), entered in *BSI v.*

*World Avenue USA, et al.*, No. 08-cv-921 (the "Maryland BSI Litigation"), DCMD DE 94-2,

WORLD AVENUE USA, LLC ("WAUSA"), by and through undersigned counsel, hereby

moves this Court for an order allowing it to file Exhibit 1 attached to its Motion for Leave to File

Surreply under seal.

WAUSA is filing a Motion for Leave to File a Surreply.  Attached to its Motion is a copy

of the proposed Surreply which quotes, and attaches as exhibits materials that Plaintiff,

BEYOND SYSTEMS, INC. ("BSI") has designated as "Confidential" and have been filed under

seal in the Maryland BSI Litigation pursuant to the Confidentiality Order.  These materials

include BSI's Memorandum of Law in Opposition to WASUA's Motion to Challenge BSI's

Confidential Designation of Video Inspections and Depositions and for Sanctions.

**WHEREFORE,** World Avenue USA, LLC respectfully requests the entry of an Order accepting the sealed filing until otherwise adjudicated, together with such order and further relief that this Court deems just and proper.

Dated:  July 23, 2010

Respectfully submitted,

*Attorneys for World Avenue USA, LLC*

GREENBERG TRAURIG, LLP

_____/s/_____

Sanford M. Saunders, Jr., Esq.
USDC, MD #4734
saunderss@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone:  202-331-3100
Facsimile:  202-331-3101

Of counsel:

Nicoleta Burlacu, Esq.

BurlacuN@gtlaw.com
*Admitted Pro Hac Vice in Maryland Action*
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone:  202-331-3100
Facsimile:  202-331-3101

--and--

Kenneth Horky, Esq.
Florida Bar No. 691194
horkyk@gtlaw.com
John L. McManus, Esq.
Florida Bar No. 0119423
mcmanusj@gtlaw.com
*Admitted Pro Hac Vice in Maryland Action*

GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: 954-765-0500
Facsimile:  954-765-1477