# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WORLD AVENUE U.S.A., LLC | * | |
| | * | |
| Petitioner | * | Misc. No. 09-557 (HHK/AK) |
| | * | |
| v. | * | |
| | * | |
| WILLIAM J. WAGNER | * | |
| | * | |
| Respondent. | * | |

### DECLARATION OF MICHAEL S. ROTHMAN

I, MICHAEL S. ROTHMAN, being of full age, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows :

1. I am the principal and sole practitioner in the Law Office of Michael S. Rothman, Esq. I represent Dr. William Wagner in the above-captioned matter. I submit this Declaration in support of Respondent's Opposition to World Avenue's Motion and Application as to Amount of Attorneys' Fees ("Application").

2. I have reviewed all World Avenue's invoices regarding this Application.

3. I have reviewed the factors governing the reasonableness of the attorneys' fees and costs under Rule 1.5 of the District of Columbia Rules of Professional Conduct, Nos. 1-8.

4. In light of the foregoing factors, I believe that the fees sought are not reasonable and my conclusion is based on the following analysis :

    (a) This was a routine matter that Petitioner needlessly inflated into a major endeavor. World Avenue filed its initial subpoena to Dr. Wagner in the wrong U.S. District Court, for reasons still unknown, other than its attorney's

convenience, then took a five hour deposition of a 72 year old retired man living on his pension. Petitioner never asked Respondent during the deposition if he possessed said "checks". Rather, Petitioner combed through Dr. Wagner's deposition, and misrepresented to the Court that Dr. Wagner must have had copies of the "checks" because he wrote the checks years earlier. This conduct should not be rewarded. It should be punished.

(b) An unnecessary struggle in an unrelated venue.

(c) Attorney's in the District of Columbia with the experience discussed do not charge that much for the matter litigated in this miscellaneous action. There were no unique factors here necessitating a senior litigation partner to spend fourteen hours.

(d) Amount involved; results obtained. Both matters are on appeal to the District Court.

(e) N/A

(f) World Avenue has been represented by Greenberg Traurig for years, in the Attorney General Actions and elsewhere around the United States and in the United States Virgin Islands where Petitioner has recently relocated.

(e) Apparently substantial.

(f) Apparently fixed.

5. The Laffey Matrix used by the United States Attorney's Office and indicated in Exhibit 2 of Mr. Saunder's Declaration represents a more realistic picture of the fair and reasonable rates in the District of Columbia.

6. The Lodestar Rate used in Federal Cases is also a source of a more

realistic picture of what are fair and reasonable hourly billing rates in the District of Columbia.

      7.     Given that we are in the midst of a recession, not all hourly legal rates are rising.  There are a large number of very competent attorneys in this city who could have accomplished this task at a rate approaching half of the rates assigned by Petitioner.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on August 28, 2010

                                                /s/
                                    Michael S. Rothman