IN THE U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WORLD AVENUE USA, LLC, et al. )<br>)<br>Petitioner, )<br>v. )<br>WILLIAM J. WAGNER, )<br>Respondent. )<br>_____ ) | Miscellaneous No. 09-557 (HHK/AK) |

## DEFENDANT WORLD AVENUE USA, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION AND APPLICATION AS TO AMOUNT OF ATTORNEYS' FEES

Petitioner, WORLD AVENUE USA, LLC ("WAUSA"), by and through undersigned counsel, hereby submits this Notice of Supplemental Authority in support of its Motion and Application as to Amount of Attorneys' Fees awarded by this Court against Non-Party, WILLIAM J. WAGNER ("Mr. Wagner") in its Order dated July 30, 2010, and states as follows:

On May 11, 18 and 19, 2011, the District Court for the District of Maryland where the underlying matter is pending awarded WAUSA its application requests for attorneys' fees and costs against the Interested Party, Beyond Systems, Inc. ("BSI") represented by the same counsel as Mr. Wagner. True and correct copies of the Court Orders docketed at DE 663-1 (674); 680 and 681 are attached hereto as Exhibits 1-A, 1-B and 1-C. The Maryland District Court found that:

> In the Court's view of the records, invoices and other documentation provided by [WAUSA], the hours sought are reasonable for the tasks performed. The total amount are also reasonable. [DE 663-1 at p. 7];

> WAUSA's "contemporaneous time records and a summary chart ... provide an adequate description of each task worked on, the attorney working on the task, the date, and the amount of time spent on the specific task" [DE 680 at p. 6]; and

WAUSA's "summary chart and contemporaneous time records are reasonable." [DE 682 at p. 7].

Further, the Maryland District Court found that a reasonable hourly rate, consistent with those found in the Local Rules[1] are $400.00/hr for Sanford M. Saunders, $290.00/hr for Nicoleta Burlacu and $115.00/hr for Jozef Przgrodzki, attorneys and paralegal who also worked in this matter before the Court. The Court adjusted the requested amounts accordingly.

WAUSA respectfully requests that the Court take note of these Orders in weighing WAUSA's Applications As to Amount of Attorneys' Fees awarded by this Court against Non-Party, docketed at DE 22.

Dated: May 23, 2011.

        Respectfully submitted,

        GREENBERG TRAURIG, LLP

        __/s/_____
        Sanford M. Saunders, Jr., Esq.
        USDC, DC
        saunderss@gtlaw.com
        GREENBERG TRAURIG, LLP
        2101 L Street, NW, Suite 1000
        Washington, DC 20037
        Telephone: 202-331-3100
        Facsimile: 202-331-3101

        *Attorney for World Avenue USA, LLC*

---

[1] The Court's findings were based on the rates established in the Rules and Guidelines for Determining Attorneys' Fees in Certain Cases, Appendix B, Local Rules (D.Md.), whereas the Court's findings in this District are guided by the Laffey Matrix, among other things.

2