IN THE U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

WORLD AVENUE USA, LLC, et al. )
                              )
    Petitioner,               )
        v.                    )     Miscellaneous No. 09-557 (HHK/AK)
WILLIAM J. WAGNER,            )
                              )
    Respondent.               )
_____)

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come before the Court based upon the Joint Stipulation for Dismissal With Prejudice of the Parties, and the Court having reviewed the Joint Stipulation for Dismissal With Prejudice of the Parties, and being otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED:**

1. This Action and all Motions contained herein are hereby voluntarily dismissed with prejudice.

2. The Parties shall bear their own attorneys' fees and costs.

**DONE AND ORDERED** in the District of Columbia on this __9th__ day of August 2011.

_____
U.S. DISTRICT JUDGE

Copies furnished to:

Stephen H. Ring, Esq.
Michael S. Rothman, Esq.
Sanford M. Saunders, Jr., Esq.
Nicoleta Timofti, Esq.
Kenneth A. Horky, Esq.
John L. McManus, Esq.